Case Name:  CHARLES FREDERICK BARTON
Case No:    06 B 71292

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.


Dated: 8/15/07                        WILLIAM T. NEARY
                                   United States Trustee, Region 11


                        BY:    ___/s/_____
                                   CAROLE J. RYCAEK
                                   Attorney for the U.S. Trustee