IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
BARTON, CHARLES FREDERICK

Debtor(s)

CHAPTER 7 CASE

CASE NO. 06-71292 BARB

JUDGE Manuel Barbosa

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. BANKRUPTCY COURT
         211 S. Court Street
         Rockford, IL 61101
   on:   September 17, 2007
   at:   9:30 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $            16,052.67

   b. Disbursements                         $             5,340.93

   c. Net Cash Available for Distribution   $            10,711.74

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MEGAN G. HEEG (Trustee Fees) | 0.00 | $2,355.27 | |
| Carl Swanson, CPA (Trustee's Accountant Fees) | 592.00 | $0.00 | |
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Fees) | 0.00 | $2,406.00 | |

| | | |
|---|---|---|
| Ehrmann Gehlbach Badger & Lee (Trustee's Firm Legal Expenses) | 0.00 | $147.75 |
| MEGAN G. HEEG (Trustee Expenses) | 0.00 | $63.48 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $53,826.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 10.66%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Fifth Third Bank | $ 8,192.54 | $ 873.54 |
| 2 | Citibank ( South Dakota ) N.A. | $ 3,190.86 | $ 340.23 |
| 3 | Chase Bank USA, N.A. | $ 31,511.47 | $ 3,359.91 |
| 4 | Chase Bank USA, N.A. | $ 1,488.05 | $ 158.66 |
| 5 | Recovery Management Systems Corporation | $ 584.03 | $ 62.27 |
| 6 | eCAST Settlement Corporation assignee of | $ 1,685.45 | $ 179.71 |
| 7 | Citibank ( South Dakota) N.A. | $ 292.09 | $ 31.14 |
| 8 | Citibank (South Dakota), N.A. | $ 3,719.24 | $ 396.56 |
| 9 | Premier Bankcard | $ 388.14 | $ 41.39 |
| 10 | Midland Credit Management, Inc. | $ 2,774.53 | $ 295.83 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, 211 S. Court Street, Rockford, IL 61101, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.  Debtor has been discharged.

11.  The Trustee proposed to abandon the following property at the hearing: See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Dated: Aug 10, 2057    For the Court,

By: /s/ Megan G. Heeg, Trustee

Trustee: MEGAN G. HEEG
Address: Ehrmann Gehlbach Badger & Lee
215 E. First St.
P.O. Box 447
Dixon, IL 61021
Phone No.: (815) 288-4949

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

...292   Doc 38   Filed 08/17/07   Entered 08/19/07 23:35:26   Desc Imaged
                 Certificate of Service    Page 4 of 5

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: lorsmith              Page 1 of 2                 Date Rcvd: Aug 17, 2007
Case: 06-71292                 Form ID: pdf002             Total Served: 37
```

The following entities were served by first class mail on Aug 19, 2007.
```
db           +Charles Frederick Barton,    201 W First St Apt 10,    Rock Falls, IL 61071-1264
aty          +Karl R Niebuhr,    Niebuhr Law Firm,    P. O. Box 10407,    Peoria, IL 61612-0407
tr           +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
              Dixon, IL 61021-0447
10835826     +5/3 Bank Cc,    38 Fountain Square,    Cincinnati, OH 45263-0001
10835827     +Aspire/Cb&T,    Po Box 105555,    Atlanta, GA 30348-5555
10835828     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
10835829     +Bp/Citi,    Po Box 6003,    Hagerstown, MD 21747-6003
10835830     +Cap One Bk,    Po Box 85520,    Richmond, VA 23285-5520
10835831     +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10835832     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10957296     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10835833     +Citgo/Citi,    Po Box 6003,    Hagerstown, MD 21747-6003
10835834     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
10835835     +Citi/Cpu,    Po Box 6003,    Hagerstown, MD 21747-6003
10954370     +Citibank ( South Dakota ) N.A.,    POB 182149,    Columbus, OH 43218-2149
10986357     +Citibank ( South Dakota) N.A.,    BP AMOCO Payment Center,    4740 121st Street,
              Urbandale IA 50323-2402
10992916      Citibank (South Dakota), N.A.,    Exception Payment Processing,    P.O. Box 6305,
              The Lakes, NV 88901-6305
10835836     +City of Rock Island,    1528 Third Ave,    Rock Island, IL 61201-8612
10835837    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45263)
10942898     +Fifth Third Bank,    1850 E Paris Ave SE,    MD#ROPS05/Bankruptcy,    Grand Rapids MI 49546-6253
10835838     +First Card,    2500 Westfield Dr,    Elgin, IL 60124-7836
10835839     +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
10835840     +Gemb/Jcp,    Po Box 984100,    El Paso, TX 79998-4100
10835842     +Hsbc Nv,    Po Box 19360,    Portland, OR 97280-0360
10835841     +Hsbc Nv,    16430 N Scottsdale Rd,    Scottsdale, AZ 85254-1518
10835843     +Hsbc/Brgnr,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
10835844      KSB Hospital,    Patient Financial Services,    PO Box 737,    Dixon, IL 61021-0737
10835845     +Mbna America,    Pob 17054,    Wilmington, DE 19884-0001
11050127     +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
10835846     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
11011970     +Premier Bankcard,    Premier/CSI Dept SDPR,    POB 2208,    Vacaville CA 95696-8208
10959201     +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10835847     +Shell/Citi,    Po Box 6003,    Hagerstown, MD 21747-6003
10835848     +Sterling Rock Falls Clinic, Ltd,    101 E Miller Rd,    Sterling, IL 61081-1294
10835849     +Wash Mutual/Providian,    Po Box 9180,    Pleasanton, CA 94566-9180
10835850     +Younkers Inc,    701 Walnut St,    Des Moines, IA 50309-3808
10955289      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card Services,    POB 35480,
              Newark NJ 07193-5480
```

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc           Carl C Swanson
r             Lew Wilson
aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
              Dixon, IL 61021-0447
                                                                                                TOTALS: 2, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3         User: lorsmith          Page 2 of 2              Date Rcvd: Aug 17, 2007
Case: 06-71292               Form ID: pdf002         Total Served: 37

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2007**                    **Signature:**    _/s/ Joseph Speetjens_