**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Rockford DIVISION**

| | |
|---|---|
| IN RE:<br>BARTON, CHARLES FREDERICK<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-71292 BARB<br><br>JUDGE Manuel Barbosa |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO: THE HONORABLE Manuel Barbosa
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. *Evidence of canceled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that she be discharged, and the case closed pursuant to 11 U.S.C. 350.

DATE: 11-27-07

/s/ Megan G. Heeg
MEGAN G. HEEG, TRUSTEE

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: January 24, 2008

WILLIAM T. NEARY
United States Trustee

By: [signature]
Carole J. Ryczek, Attorney for U.S. Trustee

JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 29, 2007 through October 31, 2007
Primary Account: **000312019291065**

**CUSTOMER SERVICE INFORMATION**

Service Center: **1-800-634-5273**

00015823 DBI 802 24 30507 - NNN 1 000000000 60 0000
06-71292 BARTON CHARLES FREDERICK
DEBTOR
330490 MEGAN HEEG TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



# CONSOLIDATED BALANCE SUMMARY

## ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking 000312019291066 | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** |
| **Savings** | | |
| Bankruptcy Business Money Market 000312019291065 | $10,723.12 | $0.00 |
| **Total** | **$10,723.12** | **$0.00** |
| **TOTAL ASSETS** | **$10,723.12** | **$0.00** |

**All Summary Balances** shown are as of October 31, 2007 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

11-13-07
JH

30631130020010013110

## BANKRUPTCY BUSINESS MONEY MARKET

06-71292 BARTON CHARLES FREDERICK
DEBTOR

Account Number: 000312019291065

## SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$10,723.12** |
| Deposits and Additions | 1 | 0.38 |
| Electronic Withdrawals | 1 | - 10,723.50 |
| **Ending Balance** | **2** | **$0.00** |

11-13-07 N

| | |
|---|---|
| Interest Paid This Period | $0.38 |
| Interest Paid Year-to-Date | $55.57 |

This account earns interest daily and the current interest rate is 0.65%.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | Mma Cirf Closeout | $0.38 |
| **Total Deposits and Additions** | | **$0.38** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | Miscellaneous Debit | $10,723.50 |
| **Total Electronic Withdrawals** | | **$10,723.50** |

10158231002000000063

30631130020010013111

## BANKRUPTCY BUSINESS CHECKING

06-71292 BARTON CHARLES FREDERICK — Account Number: 000312019291066

DEBTOR

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 1 | 10,723.50 |
| Checks Paid | 13 | - 10,723.50 |
| **Ending Balance** | **14** | **$0.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/04 | Miscellaneous Credit | $10,723.50 |
| **Total Deposits and Additions** | | **$10,723.50** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 /no chk | 10/04 | $2,406.00 |
| 102 | 10/03 | 147.75 |
| 103 | 10/09 | 875.32 |
| 104 | 10/09 | 340.92 |
| 105 | 10/11 | 3,366.79 |
| 106 | 10/15 | 158.99 |
| 107 | 10/12 | 62.40 |
| 108 | 10/05 | 180.08 |
| 109 | 10/24 | 31.21 |
| 110 | 10/11 | 397.38 |
| 111 | 10/25 | 41.47 |
| 112 | 10/09 | 296.44 |
| 113 no chk | 10/04 | 2,418.75 |
| **Total Checks Paid** | | **$10,723.50** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/03 | -$147.75 |
| 10/04 | 5,751.00 |
| 10/05 | 5,570.92 |
| 10/09 | 4,058.24 |
| 10/11 | 294.07 |
| 10/12 | 231.67 |
| 10/15 | 72.68 |
| 10/24 | 41.47 |
| 10/25 | 0.00 |

11-13-07 R

10158231003000000063

30631130020010013112